UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CHIMA NELSON UGOCHUKWU</u>,
        Petitioner,

    v.

<u>INS</u>,
        Respondent.

CIVIL ACTION

NO.  04-10864-RWZ

O R D E R

<u>ZOBEL, D. J.</u>

    On April 30, 2004, counsel for petitioner Chima Nelson Ugochukwu filed a petition for a writ of habeas corpus under Section 2241.  Neither the $5 filing fee nor an application for waiver of the filing fee has been received by the Court.  Moreover, the petition itself is unclear as to the basis for the relief sought and this Court's jurisdiction.

    ACCORDINGLY,

    (1) Petitioner shall pay the $5 filing fee or submit an application for waiver of the filing fee within 14 days of the date of this Order.

    (2) Petitioner shall, within 14 days, file an amended petition that sets forth his custodial status, the decision he is appealing, and the basis for this Court's jurisdiction to hear the appeal.

    If Petitioner fails to comply with this order, the petition will be dismissed without prejudice.

SO ORDERED.

 5/3/04                                 s/ Rya W. Zobel
Date                                   United States District Judge

(2241servINS.wpd - 09/00)                                                                                [2241serv.]