UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHIMA NELSON UGOCHUKWU
        Petitioner      CIVIL ACTION
   V.                      NO. 04-10864-RWZ
INS
        Respondent

ADDENDUM TO PETITION PREVIOUSLY FILED
In accordance with the order of this Honorable Court dated May 3, 2004, the petitioner is presently not in custody, is appealing a decision rendered by the United States Immigration Court and affirmed by the Board of Immigration Appeals ordering the removal of the petitioner from the United States and 8 United States Code Section 2241 provides jurisdiction to the United States District Court to both stay and overturn this decision once all INS and DHS remedies are exhausted, which they are.

Chima Nelson Ugochukwu,
By his attorney,

John Himmelstein
P.O. Box 300
756 Washington Street
Stoughton, MA 02072
(781)297-9400
BBO #547275