JOHN HIMMELSTEIN, ESQ.
P.O. BOX 300
756 WASHINGTON STREET
STOUGHTON, MA 02072
(781)297-9400



MAY 6, 2004

ATT:CLERK'S OFFICE
UNITED STATES DISTRICT COURT
JOHN JOSEPH MOAKLEY COURTHOUSE BUILDING
ONE COURTHOUSE WAY
BOSTON, MA 02210
RE:MATTER OF CHIMA NELSON UGOCHUKWU
#04-10864-RWZ

Dear Sir or Madam,
As you know, this office represents Chima Nelson Ugochukwu.
Pursuant to the Court's order of May 3, 2004, enclosed please find the following:

(1)The filing fee in the amount of $5.00;
(2)A copy of the petition that was originally filed;
(3)An addendum to said petition setting forth petitioner's custodial status, the decision he is appealing and the basis for this Court's jurisdiction.

Please file and handle in your usual manner. Thank you.

Very truly yours,

John Himmelstein

CERTIFICATE OF SERVICE
All of the enclosed documents have been served on opposing counsel by mailing copies of same, postage prepaid, to opposing counsel, Frank Crowley, Esq., United States Department of Homeland Security, Immigration and Customs, 425 John F. Kennedy Federal Building, Box 8728, Boston, MA 02114.

_____
JOHN HIMMELSTEIN, ESQ.