UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CHIMA NELSON UGOCHUKWU</u>,
        Petitioner,

v.

<u>INS</u>,
        Respondent.

CIVIL ACTION

NO.   04-10864-RWZ

O R D E R

<u>ZOBEL, D. J.</u>

      The Clerk of this Court shall serve a copy of the Petition, the Court's Order of May 3, 2004, and Petitioner's Response by certified mail, upon counsel for the Respondent:  (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 AND

      The Respondent shall, within 35 days of receipt of this Order, file an answer or other responsive pleading AND

      The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| May 27, 2004 | s/ Rya W. Zobel |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)                                        [2241serv.]