UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHIMA NELSON UGOCHUKWU,   )<br>                           )<br>        Petitioner        )<br>                           )<br>    v.                     )<br>                           )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE,                   )<br>        Respondent         ) | Civil Action No.<br>04cv10864-RWZ |

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) and (6) for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

            By:   <u>s/Frank Crowley</u>
                 FRANK CROWLEY
                 Special Assistant U.S. Attorney
                 Department of Homeland Security
                 P.O. Box 8728
                 J.F.K. Station
                 Boston, MA 02114
                 (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on June 28, 2004.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
