FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 12 P 3:52

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION
#04-10864-RWZ

CHIMA NELSON UGOCHUKWU,
        Petitioner
    VS.
INS,
        Respondent

MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS

Now comes the petitioner, Chima Nelson Ugochukwu, and respectfully moves this Honorable Court for an extension of time to repond to Respondents Motion to Dismss, until August 9,2004. The petitioner and his Attorney have been able to meet recently to dicuss the strategy that would be germane to such a response And plan to do so n the near future.

Respectfully submitted,
Counsel for the Petitioner.

John Himmelstein
/s/ John Himmelstein
756 washngton street
Stoughton, ma. 02072
(781) 297–9400
BBO #547275