UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>   CHIMA NELSON UGOCHUKWU   </u>
        Petitioner

      V.

<u>   IMMIGRATION AND NATURALIZATION SERVICE   </u>
        Respondent

CIVIL ACTION

NO.   <u>04CV10864-RWZ</u>

<u>ORDER OF DISMISSAL</u>

<u>   ZOBEL, D. J.   </u>

In accordance with the Court's Endorsed Order dated   <u>10/25/04</u> summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>   10/25/04   </u>        <u>   s/ Lisa A. Urso   </u>
      Date                        Deputy Clerk