**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number : 04-cv-10864

Chima Nelson Ugochukwu

v.

Immigration and Naturalization Service

### CLERK'S CERTIFICATE

    I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/27/04.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 28, 2004.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos* (signature)

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/28/04.

*Barclaik* (signature)
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]