**United States District Court**
**District of Massachusetts**
1 Courthouse Way, Suite 2300
Boston, MA 02210

Financial Section
617-748-4121

Dec 20, 2004

**John Himmelstien**
**929 Massachusetts Ave Suite 01**
**Cambridge, MA  02139**

RE:    **Returned Check**

Dear Sir/Madam:

Please be advised that the check you issued in the amount of **$255.00** as payment for your notice of appeal (04-10864 RWZ) has been returned from the bank as "INSUFFICIENT FUNDS."  A copy of your check is enclosed.

Under the Miscellaneous Fee Schedule approved by the Judicial Conference of the United States, in accordance with 28 U.S.C. §1914, an additional fee of **$45.00** must now be charged in addition to the original payment of **$255.00**.  Therefore, please forward without delay the sum of **$300.00** in the form of **cash, money order or certified check** payable to **Clerk, US District Court**.

Please feel free to contact me if you should have any questions.

Very truly yours,

**Marie O'Keefe**
Asst. Financial Admin

Enc.
cc:    Lisa Urso, Courtroom Supervisor (RWZ)
        Jay Johnson, Docket Clerk (RWZ)

**JOHN HIMMELSTEIN** 03/04  301
929 MASSACHUSETTS AVE
SUITE 01
CAMBRIDGE, MA 02139
(617) 868-2533, (617)256-48__   Date 11/17/04

Pay to the order of  UNITED STATES DISTRICT COURT    $ 255.00

TWO HUNDRED FIFTY FIVE                                  Dollars

**CITIZENS BANK**
Massachusetts
(UGOCHUKWU)

For 04-10864 (FILING FEE)    John Himmelstein

⑆211070175⑆  1300478516⑉  0301  ⑉000002550⑉

Stamped: RETURNED NOT PAID BECAUSE NSF Presented Twice

---

STANDARD FORM 5515 (9-78)
PRESCRIBED BY DEPT. OF TREASURY
1 TFM 5-3000

# DEBIT VOUCHER

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE

| (1) VOUCHER NUMBER | (2) DATE OF DEBIT TO U.S. TREASURY'S ACCOUNT MM DD YY | (3) 8-DIGIT OR 4-DIGIT AGENCY LOCATION CODE (ALC) | (4) AMOUNT |
|---|---|---|---|
| 64314 | 12-10-04 | 4638 | 255.00 |

JOHN HIMMELSTEIN CHECK # 301 $255.00

(5) [X] UNCOLLECTIBLE ITEM
    [ ] OTHER (Explain in Block 6)

(6) DEPOSITARY USE

US DISTRICT COURT
BOSTON MA
1 COURTHOUSE WAY, SUITE 2300
BOSTON MA 02210

(7) NAME AND ADDRESS OF DEPOSITARY
FLEET BANK CT

(8) I CERTIFY THAT THE ABOVE AMOUNT HAS BEEN DEBITED TO THE ACCOUNT OF THE TREASURY ON THE DATE SHOWN...

DEPOSIT CONFIRMED BY
FLEET BANK, CASH MGNT RPTG

AUTHORIZED SIGNATURE
DEC 1 4 2004

(9) DEPOSITOR'S TITLE, DEPARTMENT OR AGENCY AND ADDRESS
DEPOSITARY WILL RETAIN THIS COPY

**DEPOSITARY COPY**                 5515-102

---

DEPOSIT CONFIRMED BY
FLEET BANK, CASH MGNT RPTG

DEC 1 4 2004