# United States Court of Appeals
## For the First Circuit

No. 04-2470

CHIMA NELSON UGOCHUKWU,

Petitioner, Appellant,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent, Appellee

### ORDER OF COURT

Entered: June 5, 2006
Pursuant to 1st Cir. R. 27(d)

The judgment issued on March 9, 2006 is amended as follows:

"JUDGMENT" should be replaced with "ORDER OF COURT."

The mandate is administratively recalled as it issued in error.

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 6/5/06

By: **MARGARET CARTER**
Chief Deputy Clerk.

[cc: John D. Himmelstein, Esq., Frank Crowley, Esq., Neil Cashman, Esq., Jeffrey Mark Cohen, Esq., Nora Livers ]